Lorenz Ill, Appellee, v. Merchants & Bankers' Insurance Company, Appellant.

Appeal: notice: record: jurisdiction.

*Appeal from Polk District Court.*—Hon. W. F. Conrad, Judge.

Saturday, October 22, 1892.

Action on a policy of insurance. There was a judgment for the plaintiff, and the defendant appeals.—*Dismissed.*

*A. J. Baker*, for appellant.

*R. W. Barger*, for appellee.

GRANGER, J.—We are without jurisdiction in this case. There is nothing in the record from which we can determine that an appeal has been taken. The record in this respect is like that in *Baer v. Same Defendant, ante*, p. 752. The cause, as to this court, is DISMISSED.